

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| SOCORRO INDEPENDENT SCHOOL DISTRICT, | § | No. 08-18-00091-CV |
|  | § | Appeal from the |
| Appellant, |  |  |
|  | § | County Court at Law No. 5 |
| v. |  |  |
|  | § | of El Paso County, Texas |
| JAMES HAMILTON, |  |  |
|  | § | (TC# 2016DCV1566) |
| Appellee. |  |  |
|  | § |  |

**O R D E R**

Pending before the Court is Appellant's motion to stay all proceedings in the trial court pending resolution of this interlocutory appeal. The motion to stay is GRANTED. Accordingly, the trial court is ordered to stay all proceedings in cause number 2016DCV1566, styled *Socorro Independent School District v. James Hamilton*, pending resolution of this appeal of further order of this Court.

IT IS SO ORDERED this 21st day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.